**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Vladimir N. ZDROK, Respondent.**

**Nos. 469 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 24, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of November, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 25, 1998, and the Petition for Review for Oral Argument and Briefing Schedule and response thereto, the Petition for Review for Oral Argument and Briefing Schedule is denied, and it is hereby

ORDERED that Vladimir N. Zdrok be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**TRIANGLE BUILDING CENTER and Kemper Insurance Company, Respondents,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (LINCH).**

**Petition of Malcolm R. LINCH.**

Supreme Court of Pennsylvania.

Nov. 30, 1998.

Gary D. Martz, York, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 30th day of November, 1998, the Petition for Allowance of Appeal is granted, limited to the following issue:

Was Appellant working under concurrent contracts with two or more employers so that his wages from all such employers shall be considered as if earned from the employer liable for compensation under 77 P.S. § 582(e)?

■

**Diane MILNE and William J. Milne, as parents and natural guardians of Jeff Milne, a minor, Petitioners,**

v.

**Lawrence S. CROSSETT, M.D., and Shriners Hospital For Crippled Children, Philadelphia Unit, Respondents.**

Supreme Court of Pennsylvania.

Dec. 2, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 2nd day of December 1998, the Application for Relief to Enforce the Supreme Court's Judgment is DENIED.